IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**SAMANTHA DONLEY**                                                     **PLAINTIFF**

**v.**                      **Case No. 5:19-cv-00355 BSM**

**DOES**                                                        **DEFENDANTS**

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge Jerome T. Kearney, Doc. No. 3, has been received. After careful review of the record, the RD is adopted. This case is dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED this 3rd day of February 2020.

                                                               UNITED STATES DISTRICT JUDGE